# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHARPLESS, et al. | Case No. 2:17-cv-01549-JAD-CWH |
| Plaintiff, | |
| v. | |
| GEICO CASUALTY COMPANY, | **ORDER** |
| Defendant. | |

Presently before the court is Plaintiff's notices of vacating deposition (ECF Nos. 12, 13, 14) filed on September 20, 2017. Under Local Rule 26-8, unless ordered otherwise, discovery-related documents are not to be filed with the court. No such order has been issued in this case.

IT IS THEREFORE ORDERED that the Clerk shall STRIKE Plaintiff's notices of vacating depositions (ECF Nos. 12, 13, 14).

DATED: September 21, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge