ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
Email: Robert.Freeman@LewisBrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 8181
Email: Pamela.McGaha@LewisBrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@LewisBrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAMES SHARPLESS, an individual and SUSAN SHARPLESS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO CASUALTY COMPANY, a Maryland Corporation; DOES I through X, Inclusive; and ROE CORPORATIONS XI through XX, Inclusive; <br><br> Defendants. | CASE NO. 2:17-cv-1549-JAD-CWH <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 19 |

IT IS HEREBY STIPULATED and AGREED between Plaintiffs JAMES SHARPLESS and SUSAN SHARPLESS ("Plaintiffs"), by and through their counsel, CLIFF W. MARCEK, P.C., and Defendant GEICO Casualty Company, by and through its attorneys, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above- entitled action shall be

...

...

...

4835-6748-0153.1

dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 2nd day of January, 2018.　　　DATED this ____ day of January, 2018.

**CLIFF W. MARCEK, P.C.**　　　　　　　　**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____　　　　　　_____
Cliff W. Marcek, Esq.　　　　　　　　　　ROBERT W. FREEMAN
Nevada Bar No. 5061　　　　　　　　　　Nevada Bar No. 003062
536 E. St. Louis Street　　　　　　　　　　PAMELA L. MCGAHA
Las Vegas, Nevada 89104　　　　　　　　Nevada Bar No. 08181
*Attorneys for Plaintiffs*　　　　　　　　　6385 S. Rainbow Boulevard, Suite 600
　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89118
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

### ORDER

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
March 8, 2018